# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2036
_____

FRANCISCO JOSE BACA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.


January 28, 2026

PER CURIAM.

DISMISSED. *See Robinson v. State*, 255 So. 3d 907 (Fla. 1st DCA 2018).

OSTERHAUS, C.J., and ROBERTS and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Francisco Jose Baca, pro se, Appellant.

James Uthmeier, Attorney General, and Michael Brent McDermott, Senior Assistant Attorney General, Tallahassee, for Appellee.